1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8   MARSHALL E. MIKELS,                    Case No.  14-cv-02879-MEJ

           Plaintiff,
9                                          **ORDER FOR CLERK OF COURT TO
       v.                                  REASSIGN CASE**
10
    VANCE RIDDLE, et al.,
11                                         **REPORT & RECOMMENDATION**
           Defendants.
12

13

14                        **INTRODUCTION**

15         On June 23, 2014, Plaintiff Marshall E. Mikels brought the above-captioned case along

16   with an Application to Proceed In Forma Pauperis.  As Plaintiff has not consented to the

17   jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), the undersigned

18   ORDERS the Clerk of Court to REASSIGN this case to a District Judge, with the

19   recommendation that the District Court deny Plaintiff's Application to Proceed In Forma Pauperis.

20   The undersigned further recommends that the District Court order Plaintiff to make partial

21   payment of the filing fee in the amount of $100, with the remaining balance to be waived.

22                         **DISCUSSION**

23         Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil

24   action in forma pauperis if it is satisfied that the would-be plaintiff cannot pay the filing fees

25   necessary to pursue the action.  28 U.S.C. § 1915(a)(1).  The policy for allowing a plaintiff to

26   proceed in forma pauperis is to protect litigants from abandoning "what may be a meritorious

27   claim in order to spare himself complete destitution."  *Adkins v. E.I. DuPont de Nemours & Co.*,

28   335 U.S. 331, 340 (1948).  However, "[c]ourt permission to proceed in forma pauperis is itself a

United States District Court
Northern District of California

United States District Court
Northern District of California

1  matter of privilege and not right; denial of in forma pauperis status does not violate the applicant's

2  right to due process." *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984).

3        Under 28 U.S.C. § 1915(a)(1), a person submitting an application to proceed in forma

4  pauperis must include a statement of all assets demonstrating the person is unable to pay the court

5  costs and fees.  An affidavit to proceed in forma pauperis is sufficient if it indicates "that one

6  cannot because of his poverty pay or give security for the costs and still be able to provide himself

7  and dependents' with the necessities of life." *Adkins*, 335 U.S. at 339.

8        This Court's filing fee for a civil case is $400 ($350 plus a $50 Administrative Fee).

9  According to Plaintiff's Application, his income totals approximately $2362.00 a month.  Dkt. No.

10  3.  Plaintiff lists no monthly expenses and states that he has no debt.  *Id.*  Therefore, based on

11  Plaintiff's declaration, his income is sufficient to require payment of at least a portion of the court

12  filing fee.  *Olivares v. Marshall*, 59 F.3d 109, 111 (9th Cir. 1995) (recognizing a district court's

13  power to require partial payment of fees under 28 U.S.C. § 1915) (citing *Alexander v. Carson*

14  *Adult High School*, 9 F.3d 1448 (9th Cir. 1993))*; see also Bush v. Ohio Dep't of Rehab. & Corr.*,

15  2007 WL 4365381, at *1 (S.D. Ohio Dec. 10, 2007) ("In forma pauperis status is usually reserved

16  either for indigent prisoners or for persons who subsist on small fixed-income payments such as

17  social security, unemployment compensation, or public assistance and who would truly be

18  required to forego food, shelter, clothing, or some other necessity were they to devote any of their

19  scant resources to paying a judicial filing fee.").

**CONCLUSION**

21        Based on this analysis, the undersigned finds that Plaintiff has the means to pay at least a

22  portion of the filing fee, and his Application to Proceed In Forma Pauperis should therefore be

23  denied.  As Plaintiff has not consented to the jurisdiction of a United States Magistrate Judge

24  pursuant to 28 U.S.C. § 636(c), the undersigned ORDERS the Clerk of Court to REASSIGN this

25  case to a District Judge, with the recommendation that the District Court deny Plaintiff's

26  Application to Proceed In Forma Pauperis.  The undersigned further recommends that the District

27  Court order Plaintiff to make partial payment of the filing fee in the amount of $100, with the

28  remaining balance to be waived.

1      Pursuant to Federal Rule of Civil Procedure 72, Plaintiff may serve and file objections to

2   this Report and Recommendation within 14 days after being served.

3        **IT IS SO ORDERED AND RECOMMENDED.**

4

5   Dated: July 9, 2014

6   _____

7   MARIA-ELENA JAMES
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARSHALL E. MIKELS,

              Plaintiff,

      v.

VANCE RIDDLE, et al.,

              Defendants.

Case No.   14-cv-02879-MEJ


**CERTIFICATE OF SERVICE**


       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

       That on 7/9/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marshall E. Mikels
1625 Grant Road
Mount Shasta, CA 96067


Dated: 7/9/2014


Richard W. Wieking
Clerk, United States District Court


By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES