**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL E. MIKELS,<br><br>  Plaintiff,<br><br>  v.<br><br>VANCE RIDDLE, et al.,<br><br>  Defendants._____/ | No. C 14-2879 MMC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS; DISMISSING COMPLAINT; DIRECTIONS TO CLERK** |

    Before the Court is plaintiff's Application to Proceed In Forma Pauperis, filed June 23, 2014. Also before the Court is Magistrate Judge Maria-Elena James's Report and Recommendation, filed July 9, 2014, by which Judge James recommends the Court deny plaintiff's application and direct plaintiff to make a partial payment in the amount of $100. On July 21, 2014, plaintiff filed a document titled "Notice of and Affidavit of Conditional Acceptance for Value of Order Dated July 9, 2014," by which, despite its title, he objects to the recommendation on the ground that, contrary to Judge James's finding, he had in fact listed his monthly expenses in his application.[1] Having read and considered the above-

---

[1] Plaintiff's application consists of two separately signed and dated forms, a four-page "Application to Proceed in Forma Pauperis," in which plaintiff lists no monthly expenses in the spaces provided, and, stapled thereto after the signature page of said form, a two-page "Application to Proceed in District Court Without Prepaying Fees or Costs," in which plaintiff does list such expenses. It appears that Judge James, in making