IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHALL E. MIKELS,

        Plaintiff,

  v.

VANCE RIDDLE, et al.,

        Defendants.
                                    /

No. CV-14-2879 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Plaintiff's claim under the FDCPA is hereby DISMISSED with prejudice.

Plaintiff's remaining claims are hereby DISMISSED without prejudice to plaintiff's refiling said claims in state court.

Dated: July 25, 2014                                  Richard W. Wieking, Clerk

                                                                          By: Tracy Lucero
                                                                          Deputy Clerk