IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL E. MIKELS, | No. C 14-2879 MMC |
| Plaintiff, | **ORDER RE: PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL; DIRECTIONS TO CLERK** |
| v. | |
| VANCE RIDDLE, et al., | |
| Defendants. | |

The Court having received from the Ninth Circuit Court of Appeals the Referral Notice filed September 5, 2014, hereby finds, for the reasons set forth in the Court's Orders of July 25, 2014 and September 9, 2014, that the appeal lacks merit and is, as a legal matter, frivolous. Further, in his arguments made in the Notice of Appeal, plaintiff fails to identify any cognizable ground for appeal.

The Clerk of Court is hereby directed to send a copy of this order to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: September 10, 2014

_____
MAXINE M. CHESNEY
United States District Judge